# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | |
|---|---|
| SANDI BARNETT and GREGORY BENJAMIN, on behalf of themselves and all others similarly situated, § § § § | |
| Plaintiffs, § | |
| vs. § | NO. 2:19-CV-00309 |
| CALIBER HOME LOANS, § § | |
| Defendant. § § | |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and the parties' settlement in *Phillips, et al. v. Caliber Home Loans, Inc.*, Case No. 19-cv-2711, which was finally approved and judgment entered on March 22, 2022, the parties hereby stipulate the dismissal of this action, with prejudice.

Dated: May 5, 2022

Respectfully Submitted,

| **BAILEY & GLASSER LLP** | **PERKINS COIE LLP** |
|---|---|

*/s/  Elizabeth Ryan*
Elizabeth Ryan (Admitted *Pro Hac Vice*)
eryan@baileyglasser.com
176 Federal Street, 5th Floor
Boston, MA 02110
Telephone: (617) 439-6730
Facsimile: (617) 951-3954

James L. Kauffman (Admitted *Pro Hac Vice*)
jkauffman@baileyglasser.com
1055 Thomas Jefferson Street, Suite 540
Washington, DC 20007
Telephone: (202) 463-2101
Facsimile: (202) 463-2103

**CARNEY BATES & PULLIAM, PLLC**
Randall K. Pulliam (State Bar No. 24048058)
rpulliam@cbplaw.com
Lee Lowther (Arkansas Bar Number 2013142, Admitted *Pro Hac Vice*)
llowther@cbplaw.com
Hank Bates, III (Arkansas Bar Number 98063, Admitted *Pro Hac Vice*)
hbates@cbplaw.com
519 W. 7th St., Little Rock, Arkansas 72201
Telephone: (501) 312-8500
Facsimile: (501) 312-8505

**MOSS LAW OFFICE**
Abraham Moss (State Bar No. 14581700)
amoss@amlawyers.com
5350 S. Staples, Suite 209
Corpus Christi, Texas 78411
Telephone: (361) 992-8999
Facsimile: (361) 232-5007

*Attorneys for Plaintiffs*

*/s/ Kristine E. Kruger*
Kristine E. Kruger, Attorney-in-charge for Defendant (Admitted *Pro Hac Vice*)
Email: KKruger@perkinscoie.com
Thomas Abbott (Admitted *Pro Hac Vice*)
Email: TAbbott@perkinscoie.com
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: (206) 359-8000
Facsimile: (206) 359-9000

**ROYSTON, RAYZOR, VICKERY & WILLIAMS, LLP**

*/s/ Jack C. Partridge*
Jack C. Partridge
Texas State Bar No. 15534600
Federal Bar No. 10470
jack.partridge@roystonlaw.com
Eric I. Barrera
Texas State Bar No. 24001696
Federal Bar No. 22228
eric.barrera@roystonlaw.com
Frost Bank Plaza
802 N. Carancahua, Suite 1300
Corpus Christi, Texas 78401
Telephone: (361) 884-8808
Facsimile: (361) 884-7261

*Attorneys For Defendant*
*Caliber Home Loans, Inc.*

## **CERTIFICATE OF SERVICE**

   I hereby certify that on May 5, 2022, I cause a copy of the foregoing to be electronically filed with the Clerk of Court using CM/ECF, which will send electronic notification to the parties and registered attorneys of record.

                     */s/ Elizabeth Ryan*
                     Eliabeth Ryan