Case 2:19-cv-00309   Document 60   Filed on 05/09/22 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
May 09, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| SANDI BARNETT and GREGORY BENJAMIN, on behalf of themselves and others similarly situated, | § § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:19-CV-00309 |
| | § | |
| CALIBER HOME LOANS, | § § | |
| Defendant. | § | |

## ORDER

Before the Court is the Stipulation of Dismissal with prejudice filed and signed by all parties and which the Court hereby deems effective. (D.E. 59); FED. R. CIV. P. 41(a)(1)(A)(ii), (a)(1)(B). Accordingly, the Clerk of Court is **DIRECTED** to **CLOSE** the case. The parties shall be responsible for their own attorney's fees and court costs incurred in connection with this matter.

SO ORDERED.

DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Dated: Corpus Christi, Texas
      May ___, 2022